1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                          FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  JASON EVERETT PELLUM, SR.,                No. 2:14-cv-2845 AC P

12         Plaintiff,

13     v.                                     ORDER

14  FRESNO POLICE DEPARTMENT, et al.,

15         Defendants.

16

17         Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18  U.S.C. § 1983, together with a request to proceed in forma pauperis. In his complaint, plaintiff

19  alleges violations of his civil rights by defendants. The alleged violations took place in Fresno

20  County, which is part of the Fresno Division of the United States District Court for the Eastern

21  District of California. See Local Rule 120(d).

22         Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper

23  division of a court may, on the court's own motion, be transferred to the proper division of the

24  court. Therefore, this action will be transferred to the Fresno Division of the court. In light of

25  this transfer, the undersigned will not rule on plaintiff's request to proceed in forma pauperis.

26         Good cause appearing, IT IS HEREBY ORDERED that:

27         1. This court has not ruled on plaintiff's request to proceed in forma pauperis;

28         2. This action is transferred to the United States District Court for the Eastern District of

1

California sitting in Fresno; and

    3.  All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

DATED: December 18, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE